87 *N. J. L.* Burlington Distilling Co. v. State Bd. Assessors.

For the appellant, *Fort & Fort.*

For the respondent, *A. J. Dowd.*

PER CURIAM.

The judgment under review herein should be affirmed for the reasons expressed in the opinion delivered by Mr. Justice Swayze in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, BERGEN, MINTURN, BLACK, BOGERT, VREDENBURGH, WHITE, TERHUNE, HEPPENHEIMER, WILLIAMS, JJ. 12.

*For reversal*—None.

---

BURLINGTON DISTILLING COMPANY, RESPONDENT, v. STATE BOARD OF ASSESSORS, APPELLANT.

Submitted December 5, 1914—Decided March 1, 1915.

On appeal from the Supreme Court, whose opinion is reported in 86 *N. J. L.* 92.

For the respondent, *Harrison H. Voorhees.*

For the appellant, *John W. Wescott,* attorney-general.

PER CURIAM.

The judgment under review herein should be affirmed for the reasons expressed in the opinion delivered by Mr. Justice Minturn in the Supreme Court.

*For affirmance*—THE CHANCELLOR, BERGEN, KALISCH, BLACK, WHITE, TERHUNE, WILLIAMS, JJ.   7.

*For reversal*—THE CHIEF JUSTICE, SWAYZE, PARKER, BOGERT, VREDENBURGH, HEPPENHEIMER, JJ.   6.